UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS E. CLEARY, | ) | 1:06-cv-00881-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO DISMISS** (Doc. 7) |
| JEFF WRIGLEY, | ) | |
| | ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |
| Respondent. | ) | |
| | ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On December 4, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss be GRANTED, the instant Petition for Writ of Habeas Corpus be DISMISSED as MOOT, and the Clerk of Court be directed to enter judgment in favor of Respondent.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 4, 2006, are ADOPTED IN FULL;

2. Respondent's Motion to Dismiss, filed October 13, 2006, is GRANTED;

3. The instant Petition for Writ of Habeas Corpus is DISMISSED as MOOT; and,

4. The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE